CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kevin Stennis Gordon**<br>DOB: 1966 United States Citizen | |
| | MAGISTRATE'S CASE NO.<br>**21-04436MJ** |

Complaint for violation of Title 18, United States Code, Sections 111(a) and 111(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 24, 2021, at or near Tucson in the District of Arizona, Defendant **Kevin Stennis Gordon**, using a deadly or dangerous weapon, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Veteran's Administration Officers B.M. and E.S., officers or employees of the United States as designated in section 18 U.S.C. § 1114, while Officers B.M. and E.S. were engaged in or on account of the performance of their official duties, and inflicted bodily injury to officer B.M.
All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 24, 2021, Department of Veterans Affairs (VA) Police Officers B.M. and E.S. were working at the VA Medical Center in Tucson, Arizona. VA Police received a report about an irate individual in one of the buildings located on the property. VA Police eventually located this individual, later identified as **Kevin Stennis Gordon**, in a construction site area on the property. **Gordon** was observed pushing a cart with a pallet with pipe valves on top of the pallet. Officer B.M. told **Gordon** that he could not take the construction company's property. As **Gordon** pushed the cart, it tipped backwards, and the pallet and pipe valves fell off. **Gordon** then pulled out a metal rod with hinges on the ends. He swung the metal rod a couple of times at a distance. **Gordon** was swinging the piece of metal, stepped forward, and hit Officer B.M.'s forearm with the rod, causing a scratch. At some point when **Gordon** had possession of the metal rod, Officer E.S. pepper-sprayed **Gordon** across his forehead. After **Gordon** dropped the piece of metal, he picked up a rock and threw it towards E.S., missing him. **Gordon** grabbed the cart and was shoving it at the Officers as he backed away. During this time, Officer E.S. and Officer B.M. were telling **Gordon** that they did not want to hurt him, and that they wanted to help him. **Gordon** dumped the cart, leaned over, and said something to the effect that he was going to kill them. **Gordon** pulled out a pipe, which was approximately two feet long and one inch in diameter, a deadly or dangerous weapon, from his left pants leg and started swinging it at the Officers. **Gordon** swung at Officer B.M. and then lunged at Officer E.S. When **Gordon** lunged at Officer E.S., the pipe hit Officer E.S.'s duty firearm, and Officer E.S. fired one round. This round hit **Gordon** in the lower left torso area. As Officers rendered medical aid to **Gordon**, he continued to fight with them. Officers B.M. and E.S. were officers or employees of the United States and were engaged in the performance of their duties at the time.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Adam Rossi | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* ADAM ROSSI  Digitally signed by ADAM ROSSI Date: 2021.04.25 19:46:59 -07'00' | OFFICIAL TITLE & NAME:<br>FBI SA Michelle Terwilliger |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 26, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54